**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEFFREY BRINK,

    Plaintiff,

vs.    CASE NO. 6:07-CV-922-ORL-19KRS
    Consolidated with: 6:07-CV-1183-ORL-19DAB

ALL PRO PAINTING ICR, INC., ALL
PRO PAINTING ICR, LLC, CHRIS G.
BIRCHFIELD and CHRIS E. BIRCHFIELD,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 58, filed May 14, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 58) is **ADOPTED and AFFIRMED.** The settlement amount received by Plaintiff Jeffrey Brink is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE,** without this Court reserving jurisdiction to enforce the settlement agreement. The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this     28th     day of May, 2008.

_[signature]_

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record